*Sara Duffy,* with her *Edward S. Lawhorne,* for appellant.

*Myer L. Carson,* with him *G. Ayres Swayze,* for appellee.

OPINION PER CURIAM, March 14, 1967:

Decree affirmed without prejudice to Jeremiah S. Vernon to pursue any other available legal remedy for the presentation of any claim he may have against the Estate of Edward B. Hudson, Jr., deceased, or Grace S. Hudson. Costs upon appellant.

## Widle Adoption Case.

Argued January 17, 1967. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harold L. Ervin, Jr.,* for appellant.

*James A. McGoldrick,* for appellees.

OPINION PER CURIAM, March 15, 1967:
Decree affirmed; costs on the appellant.

## Corsello, Appellant, *v.* Budd Company.

Argued January 12, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*H. W. Fineman,* with him *Morris Passon,* for appellant.

*Samuel Fessenden,* with him *Carter R. Buller,* and *Montgomery, McCracken, Walker & Rhoads,* for company, appellee.

*Richard H. Markowitz,* with him *Richard Kirschner, Don D'Agui,* and *Wilderman, Markowitz & Kirschner,* and *D'Agui & Del Collo,* for union, appellee.

OPINION PER CURIAM, March 15, 1967:
Decree affirmed; costs to be divided equally between the parties.